|   |   |
|---|---|
| 1 | The Honorable J. Kelley Arnold |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,       )
                                )
         Plaintiff,             )   **NO.   C05-5702JKA**
                                )
                                )   [PROPOSED]
                                )   **ORDER GRANTING**
         v.                     )   **UNITED STATES'**
                                )   **MOTION FOR EXTENSION**
STUTZ FUEL AND OIL, INC., et al.)   **OF INITIAL SCHEDULING**
                                )   **DATES**
         Defendants.            )
_____ )

THIS MATTER, having come before the Court upon the United States' Motion for Extension of Initial Scheduling Dates; the United States of America, being represented by its counsel, John McKay, United States Attorney for the Western District of Washington, and Kristin B. Johnson, Assistant United States Attorney; and the Court having reviewed the pleadings; it is hereby

ORDER GRANTING UNITED STATES' MOTION
FOR EXTENSION OF INITIAL SCHEDULING DATES - 1
(C05-5702-JKA)

UNITED STATES ATTORNEY
700 STEWART STREET
SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

ORDERED that the United States' Motion for Extension of Initial Scheduling Dates is GRANTED.

**If you consent, return consent forms by March 26, 2006.**

**The FRCP 26(f) conference shall be held no later than April 12, 2006; the Initial Disclosures shall be due no later than April 19, 2006; and the Joint Status Report shall be due no later than April 26, 2006.**

DATED this 20th day of December, 2005.

/s/ J. Kelley Arnold
J. KELLEY ARNOLD
United States Magistrate Judge

Presented by:

s/Kristin B. Johnson
Kristin B. Johnson, WSBA 28189
Assistant United States Attorney

ORDER GRANTING UNITED STATES' MOTION
FOR EXTENSION OF INITIAL SCHEDULING DATES - 2
(C05-5702-JKA)

UNITED STATES ATTORNEY
700 STEWART STREET
SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970